# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAY A. ISALY,<br><br>Defendant. | Criminal No. 5:25-cr-37<br><br>Violations: 18 U.S.C. § 2<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(2) |

## INFORMATION

**FILED**
**OCT 20 2025**
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

The United States Attorney Charges that:

### COUNT ONE

(False Statement in Connection with the Acquisition of a Firearm)

On or about May 20, 2023, in Wetzel County, in the Northern District of West Virginia, the defendant, **JAY A. ISALY**, aided and abetted T.B. in the acquisition of a firearm, a Smith and Wesson Model 686 .357 revolver, from a licensed dealer of firearms, that is Bridgeport Tool and Equipment, and that **JAY A. ISALY**, did cause T.B. to make a false statement that was intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, that is the defendant caused T.B. to assert in a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473 Firearms Transaction Record that she was purchasing the firearm for herself when in truth and in fact, she was purchasing the firearm for the **JAY A. ISALY**, in violation of Title 18, United States Code, Sections 2, 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing or willful violation of Title 18, United States Code, Section 922(g), including: (1) a Smith & Wesson revolver, model 686, .357 Magnum caliber, serial number CZN1550, and (2) any associated ammunition.

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

Jennifer T. Conklin
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney